

| ORDER | Action Number |
|---|---|

# THE UNITED STATES DISTRICT COURT FOR MIDDLE ALABAMA

| Karl R. Lentz | THE GENERAL LIABILTY TRUST FUND |
|---|---|
| *prosecutor* | *defendants et als* |

It is the order of court:
that the sum of three-hundred and forty-six million
six hundred and sixty-five thousand,
five hundred and sixty dollars, ( $ 346,665,560.$^{00}$ )
is to be paid, posthaste, to the man, known in this suit as:
Karl R. Lentz.

Signature of: _____
                *prosecutor*

Signature of: _____
              Clerk / Hearing Officer / Magistrate / Judge

Certified as a true copy

Date _____

Clerk _____            By: _____

# ORDER

Action Number

THE UNITED STATES DISTRICT COURT FOR MIDDLE ALABAMA

Karl R. Lentz        THE DEPARTMENT OF HUMAN RESOURCES

*prosecutor*        *defendants et als*

It is the order of court:

that the State of Alabma's Department of Human Resources, (the 'DHR'), is to be placed under the control of this federal district court.

*cf.* Ala. Code 1975 § 38-2-6 (5);
*cf.* RC v. NACHMAN, 969 F.Supp 682, 704, "the punting syndrome".

Signature of: _[signature]_
*prosecutor*

Signature of: _____
Clerk / Hearing Officer / Magistrate / Judge

Certified as a true copy

Date _____

_____ By: _____
Clerk

| ORDER | Action Number |
|---|---|

THE UNITED STATES DISTRICT COURT FOR MIDDLE ALABAMA

| Karl R. Lentz | v. | THE GENERAL LIABILTY TRUST FUND |
|---|---|---|
| *prosecutor* | | *defendants et als* |

It is the order of court:

for this federal district court, to move,
The U.S. Marshals Service,
by way of, a Writ of Sequestration,
to seize the assests of, the

# STATE OF ALABAMA's

GENERAL LIABILTY TRUST FUND,
said assets are to be placed into a constructive trust, under this court's control, until the case has been ajudicated.

Signature of: _____
*prosecutor*

Signature of: _____
Clerk / Hearing Officer / Magistrate / Judge

Certified as a true copy

Date _____

_____  By: _____
Clerk

# ORDER

Action Number

THE UNITED STATES DISTRICT COURT FOR MIDDLE ALABAMA

Karl R. Lentz    v.    THE GENERAL LIABILTY TRUST FUND

*prosecutor*    *defendants et als*

It is the order of court:
that the STATE OF ALABAMA's Court Case, stylized as: 'JU-2001-51832', is to be made known to the world as void ab initio, and all of its subsequent orders are to have no force of operation.

Signature of: _____
*prosecutor*

Signature of: _____
Clerk / Hearing Officer / Magistrate / Judge

Certified as a true copy

Date _____

_____    By: _____
Clerk

# federal district court
# for middle Alabama

| | |
|---|---|
| Karl R. Lentz | The General Liabilty Trust Fund |
| P.O. Box 440 | 777 South Lawerence Street |
| Lexington, VA. 24450 | Montgomery, AL. 36104 |
| (540) 245-0318            vs | (334) 223-6120 |

ACTION NO.

## writ of sequestration
(Lands, Assests, Tenements, Goods, and Chattels)

**The prosecutor of this suit, the aggrieved man, to the U.S. Marshal for said district, greeting:**

You are hereby commanded to attach, seize, and take into your custody the lands, tenements, goods and chattels of the Defendant(s) **said Trust Fund** which shall be found in this District, to the value of $ **346, 665,560.00 Three-hundred and forty-six million, six-hundred and sixty-five thousand, five hundred and sixty dollars**, being the amount of the plaintiff claims against the said defendant as verified within the suit, filed in this case, you are to safely keep, subject, to the orders of the court, unless said defendant whose possesion the property is attached deliver to you to be filed herein, his undertaking, to be approved by the Court with sufficient surety, to abide by and perform the judgment of the Court in relation to said property.

And you shall serve a notice on the said defendant, if found **within the middle district, and on any person in whose possession** any such property may be attached, to appear in said Court on or before the twentieth day, exclusive of Sundays and legal holidays, after service of such notice, and show cause, if any there be, why the lands, tenements, goods and chattels so attached should not be condemned, and execution thereof had; said notice to be served on the said defendant by delivering a copy of this writ, and return this writ so endorsed as to show how and when you executed it.

WITNESS the Honorable Chief Judge of said Court, this            day of

By

Deputy Clerk