# NOTICE:

## united states Constitution
## Article VI clause 3

**Clause 1.** Debts Clause
All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

**Clause 2. Supremacy Clause**
This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

**Clause 3. Oath of Office**
The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, **shall be bound** by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

# EXHIBIT:

To the clerk of the court (Debra P. Hackett):

i, write this, for there are many men and women throughout this land, who have listened to me on a few talkshows, whom appear to be truly interested in the court procedure i, have chosen, to achieve my restoration of rights, and they too will be following along to witness the outcome of my case;

*That* being said....

i, now present to this district court of the united states for middle Alabama', my case;

i, as a man, wish and *respectfully*, demand, ( as You have always been professional and courteous to me in the past) of this court to: (1) file my suit, and;   (2) to give my case an Action Number, and (3) deliver the enclosed summons to the wrongdoers, (4) please time and/or file stamp my original copy of the suit and mail it back to my address ( Please see enclosed: Self-Addressed, pre-Stamped envelope );  (5) It is my wish, to not be charged a fee, and i, do not want to diminish my standing to that of a pauper, i, want my standing to remain that of "a man aggrieved",

i, do not believe, i, have been presented a 'bill' for service;

i, do not believe that at this an officer of this court, that can claim i, owe them a debt;

i, **DO Believe**, that this court was created for the use of man, and those of mankind to settle the contentious matters, of the restoration of their rights, in a civil manner, **without a fee**;

i, declare i, appear before this court, to seek the restoration my rights[1] that are secured and protected by the 'united states Constitution', and as all of the officers of this court, have bound themselves[2] to the 'Constitution' i, as a man, call upon the officers of this court, to perform their duties;

*That* being said....

IF the officer of this court, still maintains that i, am in error of my beliefs, i, will accept their beliefs, therefore i, have enclosed the $350.00 filing fee demanded of me from the clerk of the court, for this matter in controversy between i, and The Government of the STATE of Alabama, has gone on for too many years already, So please, just take the $350.00 as i, need this case to MOVE NOW, for once this case is settled, it will allow an 11-year old boy, of my (and his mother) flesh and blood to be returned to us...( Ooh, if You wish to allow me to proceed **"fee free"** please return the $350.oo)

Sincerely,

Karl Lentz, November 8th, 2012

---

[1] **See**:  The bill of rights of united States Constitution, Articles: VII; IX;

[2] Oath of Office: Article VI clause 3, 'united states Constitution'. U.S. Codes:  5 U.S.C. § § 1983; 3331, and/or; 28 U.S.C. 543

# The
# FORGED INSTURMENT !

00040

HIGH RISK :

SCRESSON

DATE Mangina

CASE# 393 (650

WORKER Pomela Husted

## SAFETY PLAN

### WHEN IS A SAFETY PLAN NEEDED?

A SAFETY PLAN MUST BE MADE IF A LEVEL OF HIGH RISK HAS BEEN DETERMINED ON PART B, SECTION VII OF THE HIGH RISK PROTOCOL. A SAFETY PLAN MAY ALSO BE USED FOR OTHER LEVELS OF RISK.

ACTION TO PROVIDE SAFETY FOR A CHILD MUST BEGIN IMMEDIATELY IF A DETERMINATION OF HIGH LEVEL OF RISK WAS MADE AFTER ASSESSING THE HIGH RISK INDICATORS FOR CAN INVESTIGATIONS.

## I. DETERMINATION OF RESPONSIBLE PERSON TO PROTECT CHILD

YES   NO
☑    ☐    There is a responsible, non-maltreating parent/caretaker who is willing and able to protect the child or you can obtain supervision from a safe source. In determining parent/caretaker's ability and willingness to protect child the following must be considered.
1. Parent/caretaker's willingness to cooperate with DHR and service providers.
2. Parent/caretaker's ability to be independent of emotional or financial support from the person responsible for maltreatment of child.
3. Parent/caretaker is able to provide a safe home environment.

IF THE ABOVE BOX IS CHECKED YES GO TO IN HOME SAFETY PLAN.

IF THE ABOVE BOX IS CHECKED NO GO TO OUT OF HOME SAFETY PLAN.

## II. IN-HOME SAFETY PLAN

Name of Person Responsible for Protecting the Child in the Home  Margaret Mangina
Relationship To The Child    Mot Grand Mother
Address ████████████
███████ 36209

State the basis for your professional judgement that this person/supervision can and will protect the child. Provide information and an illustration that demonstrates he/she protected the child(ren) in the past. Identify strength of the caretaker and for "

THIS CONTRACT is NOT a Contract between the PARTIES of the JU-2001-51832 the State with deliberate intent inserted "this" CONTRACT. TO DECIEVE

Why? so when the STATE is ASKED in Court? "Is there a Contract within the JU-2001-51832?" the STATE could reply..."YES ¹, there is a Contract in the file"

08041

HIGH RISK PROTOCOL PART C

Risk Factors/Safety Interventions
List each risk factor or combination of risk factors identified in the assessment.  Match risk to  safety
intervention/service.  List date service begins.

| Identified Risk Factors | Safety Intervention | Date Initiated |

*[handwritten]*

Identified Risk Factors:
Baby will be at risk
of being exposed to
physical harm due
to domestic violence
b/n mother & father

Safety Intervention:
1) Child will remain
   in home d/g m (as prenatal)
2) mother will get a psychological
   due to alleged depression
3) GM to notify agency if
   mother resides w/ father/denial
4) father will have supervised
   visits due to h/o DV
5) gm to be present at discharge

Date Initiated:
8-10-01
(6) Father to attend
anger management/
domestic violence
prevention class.

From the above, identify how the safety intervention matches the risk factor and how the intervention will
control the level of risk.

Child will be in a safe environment

If In-Home Safety plan has been justified, proceed to Safety Plan Conclusion.

## III.  OUT-OF-HOME SAFETY PLAN

Risk assessment indicates that the child's safety can only be controlled through out-of-home placement.
Identify factors necessitating this decision.

Plan is being made with:  (least restrictive to most restrictive)
                                        Name

| | | |
|---|---|---|
| **Family/Relationship | . . . . . | . . . . . |
| **Friend, Neighbor | . . . . . | |
| Related Foster Care | . . . . . | |
| Unrelated Foster Care | | |
| Group Home | . . . . . | |
| Shelter Care | . . . . . | |
| Residential Treatment | . . . . . | |
| Institution | . . . . . | |

**On following page list reasons used to validate worker's assessment of caretaker's ability to provide
child with appropriate care and supervision.

HIGH RISE PROTOCOL PART C        000±2

**\*List reasons used to validate worker's assessment of caretaker's ability to provide child with appropriate care and supervision.

## IV. SAFETY PLAN CONCLUSION

This child(ren) is safe because: Child will be in home grandmotha and be in a safe environment away from domestic violenca.

## IF CASE IS OPENED TO SERVICES

Case assigned to _____ for on-going protective services or Foster Care services.
Date Assigned    ....

## V. SIGNATURES OF WORKER, SUPERVISOR AND OTHERS WHO PARTICIPATE IN DEVELOPMENT OF THE SAFETY PLAN
(Signatures indicate concurrence and approval of safety plan.)

| | |
|---|---|
| _Kiesha Hunter_ | |
| Worker's Signature | Supervisor's Signature |
| 8-10-01 | |
| Date Signed | Date Signed |
| | |
| _margarit margino_ | |
| Other Participant | Other Participant |
| 8-10-01 | |
| Date Signed | Date Signed |

Inserted is a portion of the Initial Court Order ( C. 8.) **N.B.** (note well) the "only" box checked off on the State's 'ORDER OF SHELTER CARE' form , is the "agreement" option, in which "The Court, was presented with 3 options

> The State of Alabama's '**ORDER OF SHELTER CARE** ' form, states

"The Court, having considered the..."

- **#1.**   agreement
- **#2.**   stipulation of facts
- **#3.**   relevant and material evidence presented



1). The Court generated a court order based upon having considered "the [signed] Agreement" [ Note Well : the order was not generated by stipulation of facts, and/or; relevant and material evidence presented to the court , as there are none in the court case file]

2). This court order is an ineffective order, because until the orders are entered into the record in the manner provided in law, as this one clearly was not, it is therefore a "court order" that is not enforceable, and, nor executable, as to the world;

3). This court order is, VOID based upon:
- (a).   fraud, by 'fraud on the court', by officers of the court;
- (b).   Lack of Jurisdiction, and;
- (c).   It is in violation of federal laws:
  - (i).   Social Security Act § 472 (a); (2)(A)(i) and (b); (f)(2).
  - (ii).   US Code Title 42 §§ 671; 672

# EXHIBIT — 

# ( C. 29 - ¶ 2.)

08/13/01

Worker and Ms. Bradley then spoke to Ms. M.K. Mangina and Mr. Lentz together. Ms. M.K. Mangina asked Mr. Lentz "should she sign the safety plan"? Mr. Lentz inquired about the safety plan, worker allowed him to read the safety plan, but he did not. Mr. Lentz told Ms. M.K. Mangina to just wait and that they would probably sign it tomorrow.

# ( C. 30 - ¶ 2.)

08/14/01

Ms. M.K. Mangina and Mr. Lentz arrived at the DHR office. They spoke with the worker and a supervisor, but the safety plan still went unsigned.

☙ This clearly proves that there was no signature of the mother's on a contract and/or 'Safety Plan' *as of 08/10/01*, as claimed as fact, by the State.

## NOTE BENE :

The State's statement within ( C. 29 - ¶2. ) that I [the father] informed the mother to *"just wait"*, *"just wait"* was spoken in regards to :

1). *"Just wait"*, was in reference to :
   (a). Allow the State to comply with my legal and lawful demand of an exact copy of the contract presented to us, on August 13th, 2001;

   (b). The agents for the principle agreed to give us a copy the following day on August 14th, 2001, for a copy would be waiting for us at the receptionist desk at a local 'DHR' field off in Birmingham, AL. during business hours
      ✱    Which the State to this date April 7th, 2011 still has not delivered;

2). *"Just wait"*, was to Allow us, to exercise our ability as the offerees ( and as potential obligors) to go seek out counsel of an attorney, before consenting and or agreeing to any and or all of the Principles/ State of Alabama's  'Terms and Conditions'

# Exhibit '

# NOTICE:

Inserted on this page are two portions of the State's (the Appellee's) Reply Brief, recently submitted to the 'Alabama Court of Civil Appeals'- filed as docket # 2080245,

★ **First Insert** is located within the reply brief (Pg. 1, ln. 6 – 8.) wherein the State's, **STATEMENT OF THE CASE**, claims as fact that the parties were:

  a) In an "agreement", And/Or;

  b) In an "agreement", and that the newborn was to be removed from the parents, And/Or;

  c) In an "agreement", and that the parents, agreed to have the newborn removed, And/Or;

  d) The parties were in an "agreement", and that the newborn is/was to be placed into shelter care, and/or;

  e) In pursuant to an "agreement", between the parties the newborn was to be placed into shelter care



**STATEMENT OF THE CASE**

This case involves a dependency petition filed shortly after the birth of K.M. (C. 1.) On August 14, 2001, the Jefferson County Department of Human Resources ("DHR") filed its original dependency petition. Following a hearing on August 24, 2001, the court, persuasant to an agreement between DHR and the parents, found that K.M. was dependent and ordered that he be placed in shelter care. (C. 8-9.)

★ **This Second** insert is located within the reply brief (Pg. 4, ln. 21 through Pg. 5, ln. 1 - 2.) wherein the State claims as a "Fact" M.M.L[1]., signed a [the] safety plan [contract]

M.M.L. signed a safety plan which the DHR

worker read aloud in its entirety. (C. 40-42.) K.R.L.

declined to read or sign the safety plan. (C. 29.)

# EXHIBIT — ' '

---

[1] Throughout the case file the State also refers to her as :
The Mother; Mary Mangina-Lentz; Mary Kay Lentz; Mary K. Mangina-Lentz; Ms. M.K. Mangina, &cs...

**THIS INSERT**, is found within THE 'JU-2001-51832' Court Case File , with these signatures, located on the bottom of page #42 ( C. 42.)

V. SIGNATURES OF WORKER, SUPERVISOR AND OTHERS WHO PARTICIPATE IN DEVELOPMENT OF THE SAFETY PLAN
(Signatures indicate concurrence and approval of safety plan.)

_____          _____
Worker's Signature                              Supervisor's Signature
_____          _____
Date Signed                                          Date Signed

_____          _____
Other Participant                                  Other Participant
_____          _____
Date Signed                                          Date Signed

★ This Insert contains the signatures to an: agreement, and/or; contract, and/or; 'safety plan' (herein to be simply referred to as contract )

★ The State **claims** that the signatures on ( C. 42.), pertains to the parties ( C. 1. ) named in the 'JU-2001-51832' case ( See: Exhibit '2' )

✂ Problems with the State's claim that this refers to an existence of an agreement, and/or a signed contract between the parties is/are:

1). The State claims within its **'August 24th 2001 Court Report'**, ( C. 29 - ¶2.) that the state makes its [ first and only ] presentment (as the offerors) of a state contract to the offerees (the parents) on **August 13th, 2001**

 ✱ This inserted portion of a contract is signed on **August 10th, 2001** *"three-days" prior* to the State claims it makes its first presentment (as the offerors) to the offerees (the parents) on **August 13th, 2001**;

2). This inserted portion of a contract is signed by a 'state actor' and a 'Margaret Mangina', who is:
 a). Not named as a party to the case, and/or ;
 b). Not named as a party of interest to the case, and/or;
 c). Not the mother, and/or ;
 d). Not Mary Kay Mangina-Lentz

3). Problems with this the state's evidence of an agreement and/or contract ( C. 40 - 42. ) between the parties :
a). There is no mention of a "Newborn Male Downs Infant" located within this contract;
b). There is no reference w/in of a newborn being placed into a Shelter Care Division ;
c). The parties to the case as the state established, on ( C. 1.) are not mentioned within;

✍ **Fact:** certain "state actors" did move in a state actions and "did" present a contract to the parents on **August 13th, 2001**, but if "it" ( the contract /"Safety Plan" ) DOES still exist, it will still remain in the status as it did on **August 13th, 2001**, of that of an inchoate contract ;



EXHIBIT — '4'

Case Name: _Mary Margare_ _____ County     Case #: _393-052_

**OUT-OF-HOME CARE INFORMATION**

Child's Name: _K___ M_____     Date: _11/6/01_

Current Placement (Type): _Foster Home_

Provider Name: _Ms. Rdis Osiers_

## I. REASON FOR ENTRY INTO CARE

1. What circumstances necessitated the child's placement in out-of-home care? _Mother's_ _history of depression, alcholism, and domestic_ _violence. Father's history of domestic violence._

2. What efforts were made to prevent the child's removal? (Include services provided) _Safety plan, for Mary to live with her mother, Margaret_ _Margie. Therefore they would have a place_ _to live and mother and child would be together._ _However, mom didn't want to sign safety plan._

## II. PLACEMENT INFORMATION

1. Is the placement licensed or approved by a state agency? ☑YES  ☐NO
2. Is the placement the least restrictive setting to meet the child's needs? ☑YES  ☐NO
   (a) If the placement is not a family-like setting, explain why it is the least restrictive setting for the child.
   _____
   _____

3. Is the placement in close proximity to the child's home? ☐YES  ☑NO  Explain: _____
   _This was the best placement available for the child at_ _the time he came into care._
4. Are the child and siblings placed together? ☐YES ☑NO ☐N/A If NO or N/A, explain: _The maternal grandmother, Margaret Margie, was not_ _able to take care of a newborn baby._
5. Is this placement in the child's best interest? ☑YES  ☐NO  Explain:
   _____
   _____

# NOTICE TO COURT
## Constitution of Alabama – 1901
## Article 1 — Declaration of Rights.

### Section 1, Equality and rights of men.

"That all men are equally free and independent; that they are endowed by their Creator with certain inalienable rights; that among these are life, liberty and the pursuit of happiness."

### Section 5, Unreasonable search and seizure; search warrants.

"That the people shall be secure in their persons, houses, papers, and possessions from unreasonable seizure or searches, and that no warrants shall issue to search any place or to seize any person or thing without probable cause, supported by oath or affirmation."

### Section 10, Right to prosecute civil cause.

That no person shall be barred from prosecuting or defending before any tribunal in this state, by himself or counsel, any to which he is a party.

### Section 11, Right to trial by jury.

That the right of trial by jury shall remain inviolate.

### Section 12, Prosecutions for, libel or for publication of papers investigating official conduct of public officers.

That in all prosecutions for libel or for the publication of papers investigating the official conduct of officers or men in public capacity, or when the matter published is proper for public information, the truth thereof may be given in evidence; and that in all indictments for libel, the jury shall have the right to determine the law and the facts under the direction of the court.

### Section 13, Courts to be open; remedies for all injuries; impartiality of justice.

"That all courts shall be open; and that every person, for any injury done him, in his lands, goods, person, or reputation, shall have a remedy by due process of law; and right and justice shall be administered *without* sale, *denial*, or delay."

### Section 14, State not to be made defendant.

That the State of Alabama *shall* never be made a defendant in any court of law or equity.

### Section 21, Suspension of laws:

That no power of suspending laws shall be exercised except by the legislature.

### Section 22, Ex post facto laws; impairment of obligations of contracts; irrevocable or exclusive grants of special privileges or immunities:

That no ex post facto law, nor any law, impairing the obligations of contracts, or making any irrevocable or exclusive grants of special privileges or immunities, shall be passed by the legislature; and every grant or franchise, privilege, or immunity shall forever remain subject to revocation, alteration, or amendment.

### Section 25, Right to peaceably assemble and petition for redress of grievances, &c.,:

That the citizens have a right, in a peaceable manner, to assemble together for the common good, and to apply to those invested with the power of government for redress of grievances or other purposes, by petition, address, or remonstrance.

### Section 29, Titles of nobility, hereditary distinction, etc.; restriction on appointments to office.

That no title of nobility or hereditary distinction, privilege, honor, or emolument shall ever be granted or conferred in this state; and that no office shall be created, the appointment to which shall be for a longer time than during good behavior.

### Section 34, Property rights of aliens:

Foreigners who are, or may hereafter become, bona fide residents of this state, shall enjoy the same rights in respect to the possession, enjoyment, and inheritance of property, as native born citizens.

### Section 35, Objective of government:

That the sole object and only legitimate end of government is to protect the citizen in the enjoyment of life, liberty, and property, and when the government assumes other functions it is usurpation and oppression.

### Section 36, Construction of Declaration of Rights:

That this enumeration of certain rights shall not impair or deny others retained by the people; and, to guard against any encroachments on the rights herein retained, we declare that everything in this Declaration of Rights is excepted out of the general powers of government, and shall forever remain inviolate.

## Article V — Executive Department.

### Section 113, Supreme executive power vested in governor:

The supreme executive power of this state shall be vested in a chief magistrate, who shall be styled "The Governor of the State of Alabama."

### SECTION 121, Governor to faithfully execute laws.

The governor shall take care that the laws be faithfully executed.

**SECTION 121, Governor may require reports from officers of executive department and officers and managers of state institutions; false reports or failure to file reports constitutes impeachable offense:**

The governor may require information in writing, under oath, from the officers of the executive department, named in this article, or created by statute, on any subject, relating to the duties of their respective offices, and he may at any time require information in writing, under oath, from all officers and managers of state institutions, upon any subject relating to the condition, management and expenses of their respective offices and institutions. Any such officer or manager who makes a willfully false report or fails without sufficient excuse to make the required report on demand, is guilty of an impeachable offense.

## Article VI — Judicial Department.

**SECTION 150, Compensation and restrictions on holding other offices for supreme court justices, chancellors and judges of circuit and other courts of record, except probate judges:**

The justices of the supreme court, chancellors, and the judges of the circuit courts and other courts of record, except probate courts, shall, at stated times, receive for their services a compensation which shall not be diminished during their official terms; they shall receive no fees or perquisites, nor hold any office, except judicial offices, of profit or trust under this state or the United States, or any other government, during the term for which they have been elected or appointed.

**SECTION 154, Qualifications of chancellors and judges of courts of record.**

Chancellors and judges of all courts of record shall have been citizens of the United States and of this state for five years next preceding their election or appointment, and shall be not less than twenty-five years of age, and, except judges of probate courts, shall be learned in the law.

**SECTION 162, Judges of courts of record not to practice law:**

No judge of any court of record in this state shall practice law in any of the courts of this state or of the United States.

# EXHIBIT — '**\*\***'

NOTICE : i, man :

19.  i, declare, as gød is my witness, my nature is: i, am a man; alive [in full life]; a sentient

being,  all other definitions as to my nature, is held private; [ "*take no words… add none*" ]

20.  i, need only the title of "man", all other titles would be inconsistent with the laws of the land;

21.  My character is defined[3], within this case as: a common law man; self-governing; the

aggrieved party; the prosecutor of this suit; acting under the given name, Karl Lentz[4];

22.  i, am fungible when acting in commerce, for i, may wish to move as:  an authorized

representative, administrator; a trustee; a grantor; a beneficiary, the primary interest holder,

an accommodation party, in all rights in property and collateral, both registered and

unregistered, to and within whatever capacity i, say is proper to my person;

23.  i, conditionally accept all offers and orders presented to my person, *but* only upon the

condition, that fair compensation, will be tendered, forthwith;

24.  Only per viva voce[5], will court accept, any alternative definitions, of my true nature, character,

and reputation;

25.  i, repute any legalese terms of art or presumptions, to define my capacity within this suit,

other than in the manner, in which i, have *expressly* declared, any dishonor of this rebuttal

will be noticed immediately, as a contempt of court;

26.  i, as a sojourner, have no affiliation with , nor am i, an obligor, to the Government of the

STATE OF ALABAMA; Ferrous Products Co. v. Gulf States Trading Co., 323 S. W. 2d 292.

27.  i, am not an [subordinate] officer, nor have i, took an oath, as an officer of *this court*,

d/b/a: 'the district court of the united States for middle Alabama', and/or;

d/b/a: THE UNITED STATES DISTRICT COURT,

nor, any other like spellings, of said court;

---

[3] Veritas demonstrationis tollit errorem nominis =The truth of the description removes an error in the name ~ Blacks Law Dictionary 8TH ed. (2004) pg. (1990) pg.1551.
[4] At times stylized as: Karl Rudolph Lentz; KARL RUDOLPH LENTZ; Carl Rudolph Lentz; CARL RUDOLPH LENTZ; Lentz: Karl Rudolph; [ hey You ! ] …
[5] A presentment declared and made in open court, by a [wo]man with firsthand knowledge and proof (viva; probate; diabolica), under sworn oath, or affirmation

# NOTICE

**Inherent powers of court.** An authority possessed without its being derived from another. A right, ability, or faculty of doing a thing, without receiving that right, ability, or faculty from another. Powers originating from the nature of government or sovereignty, i.e., powers over and beyond those explicitly granted in the Constitution or reasonably to be implied from express grants; e.g. in the foreign policy area, the Executive's inherent powers have been held to confer authority upon the President to settle the claims of American nationals against a foreign state as part of a diplomatic agreement.

**Charles T. Main Int'l, Inc. v. Khuzestan Water & Power Author., C.A.Mass., 651 F.2d 800, 809-10. See also Power.**

**Inherent powers of court.** The "inherent power" of a court is that which is necessary for the proper and complete administration of justice and such power is resident in all courts of superior jurisdiction and essential to their existence; e.g., sentencing and contempt powers.

**People v. Cirillo, 100 Misc.2d 527, 419 N.Y.S.2d 820, 824; power to enjoin vexatious litigation, In re Martin-Trigona v. Lavien, et al., C.A.Conn., 737 F.2d 1254.**

**Inherent right.** One which abides in a person and is not given from something or someone outside itself.
A right which a person has because he is a person. **See Inalienable rights.**

**INDEX**

BABY
BOY
NAME

KO█████████

DEPENDENT PETITION........................................................1

DEPENDENT CASE ROUTING SLIP......................................2

DEPENDENT COMPLAINT..................................................3-4

CUSTODY AFFIDAVIT.........................................................5

REQUEST FOR PICK-UP ORDER.........................................6

JUVENILE PICK-UP ORDER.................................................7

ORDER OF SHELTER CARE................................................8-9

AFFIDAVIT OF HARDSHIP AND ORDER...............................10-10A

REQUEST OF OUT-OF-STATE TRAVEL................................11

FACSMILE/TRAVEL INTERARY FOR
     PAT AND FRANK RUSSO..............................................12-27

DHR COURT REPORT FOR 8/24/01.....................................28-33

HOME EVALUATION DATED 8/15/01...................................34-35

HOME EVALUATION DATED 8/23/01...................................36-37

CASE NARRATIVE.............................................................38-45

POLICE REPORT...............................................................46-47

ORDER CONTINUING DETENTION/SHELTER CARE................48

REPORT OF DIAGNOSTIC EVALUATION DATED 8-27-01............49

ORDER OF SHELTER CARE................................................50-51

DHR COURT REPORT DATED 11-21-01................................52-53

TAMPERING
ALTERING
MUTILATION
SPOILATION

First Court Order, two-pages, Dated 8/17/2001
First Page of Order on Pg. C.48 ???
Second Page of Court Order on Pg. 70 ???
Second Court Order , two-pages, Dated 8/24/2001 (C.8 – C.9)

**Neither Court Order has a file Stamp from the Clerk of the Court Office !!!**

### INDEX

KO███MAN████

( C. 2. )
No, Victim!!!

DEPENDENT PETITION...................................................1

DEPENDENT CASE ROUTING SLIP....................................2

DEPENDENT COMPLAINT..............................................3-4

CUSTODY AFFIDAVIT...................................................5

REQUEST FOR PICK-UP ORDER........................................6

JUVENILE PICK-UP ORDER.............................................7

ORDER OF SHELTER CARE...........................................8-9

AFFIDAVIT OF HARDSHIP AND ORDER.........................10-10A

REQUEST OF OUT-OF-STATE TRAVEL.............................11

FACSMILE/TRAVEL INTERARY FOR
      PAT AND FRANK RUSSO.......................................12-27

DHR COURT REPORT FOR 8/24/01................................28-33

HOME EVALUATION DATED 8/15/01.............................34-35

HOME EVALUATION DATED 8/23/01.............................36-37

CASE NARRATIVE....................................................38-45

████████████████.................................................46-47

ORDER CONTINUING DETENTION/SHELTER CARE.................48

REPORT OF DIAGNOSTIC EVALUATION DATED 8-27-01...........49

ORDER OF SHELTER CARE.........................................50-51

DHR COURT REPORT DATED 11-21-01...........................52-53

States There is an:
An Agreement and;
a Contract, between
the Parties, to take the
newborn AWAY !!!

Home Eval.
was NOT
for this   >>
Child

NOTE WELL.. A Pat and Frank Russo, (C. 12 - 27) who were not
a party to the case in 2001, YET there TRAVEL plans for 2006-07
are in the Year of '2001' portion of the Case File as too as ( C.11)
Request to Out-of-State Travel, in '2005' ???



Home | Your Court Services | Court Locator | Careers | RSS Feeds | Email

SEARCH

**FEDERAL COURTS**   **RULES & POLICIES**   **JUDGES & JUDGESHIPS**   **STATISTICS**   **FORMS & FEES**   **COURT RECORDS**   **EDUCATIONAL RESOURCES**

## Educational Resources

- Classroom to Courtroom
- Constitution Resources
- Courtroom Events
- Federal Court Basics
  - Court Structure
    - Structure of Federal Courts
    - Comparing Federal and State Courts
    - Understanding Federal and State Courts
    - Understanding Federal and State

Home > Educational Resources > Federal Court Basics > Court Structure > Understanding Federal and State Courts



email updates

print   share

## UNDERSTANDING FEDERAL AND STATE COURTS

### Introduction

The judicial system in the United States is unique insofar as it is actually made up of two different court systems, the federal court system and the state court systems. While each court system is responsible for hearing certain types of cases, neither is completely independent of the other, and the systems often interact. Furthermore, solving legal disputes and vindicating legal rights are key goals of both court systems. This lesson is designed to examine the differences, similarities, and interactions between the federal and state court systems to make the public aware of each system goes about achieving these goals.

### Objectives

After completing this lesson, one should be able to:

- Understand that the American judicial system is actually made up of two separate court systems: the federal court system and the state court systems

### What Types of Cases do Federal Courts hear? By State Courts?

*Note: The definitions for the terms in this section come from Black's Law Dictionary, Seventh Edition*

#### Jurisdiction of the Federal Courts

The jurisdiction of the federal courts is spelled out in Article III, Section 2 of the United States Constitution. Federal courts are courts of limited jurisdiction because they can hear only two main types of cases.

**1. Diversity of Citizenship**

Federal courts can have jurisdiction over a case of a civil nature in which parties are residents of different states and the amount in question exceeds the amount set by federal law (currently $75,000). The federal courts are often required to apply state law when dealing with these cases since the issues concern matters of state law. The fact that the parties are from different states and that the amount in question is high enough is what manages to get such cases into federal court.

**2. Federal Question**

Federal courts have jurisdiction over cases that arise under the U.S. Constitution, the laws of the United States, and the treaties made under the authority of the United States. These issues are the sole prerogative of the federal courts and include the following types of cases:

3. **Federal crimes**—Crimes defined by or mentioned in the U.S. Constitution or those defined and/or punished by federal statute. Such crimes include treason against the United States, piracy, counterfeiting, crimes against the law of nations, and crimes relating to the federal government's authority to regulate interstate commerce.

#### Jurisdiction of the State Courts

The jurisdiction of the state courts extends to basically any type of case that does not fall within the exclusive jurisdiction of the federal courts. State courts are common-law courts. This means that they not only have the authority to apply or interpret the law, but they often have the authority to create law if it does not yet exist by act of the legislature, to create an equitable remedy to a specific legal problem. Examples of cases within the jurisdiction of the state courts usually include the following:

1. **Cases involving the state constitution**—Cases involving the interpretation of a state constitution

2. **State criminal offenses**—Crimes defined and/or punished by the state constitution or applicable state statute. Most crimes are state criminal offenses. They include offenses such as murder, theft, breaking and entering, and destruction of property.

3. **Tort and personal injury law**—Civil wrongs for which a remedy may be obtained, usually in the form of damages; a breach of duty that the law imposes on everyone in the same relation to one another as those involved in a given transaction.

# Forest Hills General Hospital
## Forest Hills, New York

This Certifies that *Carl Rudolph Lentz* was born to *Patricia Grace & Rudolph Lentz* in this Hospital at 7:16 o'clock a.m. on *Sunday* the ▮▮▮▮ day of ▮▮▮▮▮▮



In Witness Whereof the said Hospital has caused this Certificate to be signed by its duly authorized officer and its Official Seal to be hereunto affixed.

_____
Administrator

_____
Attending Physician



# THE CITY OF NEW YORK

VITAL RECORDS CERTIFICATE

## CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Office of Vital Records, Department of Health and Mental Hygiene, City of New York.

| | |
|---|---|
| DATE OF BIRTH | ███████ |
| BOROUGH | QUEENS |
| DATE FILED | 10-23-63 |
| CERTIFICATE | 156-63-425988 |
| DATE ISSUED | 09-15-06 |
| NAME | CARL RUDOLPH LENTZ *** |
| SEX | MALE |
| MOTHER'S MAIDEN NAME | PATRICIA GRACE GARNER |
| FATHER'S NAME | RUDOLPH LENTZ |

Steven P. Schwartz, Ph.D.
City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

Doc. No. L433321

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# tiplerlarkin
### triallawyers

## Steven D. Tipler
*tipler@bellsouth.net*

suite 800, farley building
1929 third avenue north
birmingham, al 35203

telephone (205)328-6800
facsimile (205)328-6805
www.tiplerlarkin.com



## The Sparks' Law Firm
### Andra D. Sparks
Attorney at Law

Arthur D. Shores Law Center Building
413 - 16th Street North
Birmingham, Alabama 35203
205-323-3441 office
205-222-3504 mobile
thesparkslawfirm@bellsouth.net

## ALFREDA R. GRAY
### ATTORNEY AT LAW

SHORES & LEE BUILDING
413 NORTH 16TH STREET
BIRMINGHAM, ALABAMA 35203
OFFICE (205) 324-8585

MAILING ADDRESS
POST OFFICE BOX 13469
BIRMINGHAM, ALABAMA 35202
FACSIMILE (205) 324-9033

AFTER HOURS (866) 201-7961
EMAIL: ATTY.ALFREDAGRAY@AOL.COM

Office: (205) 940-6400
Cell:   (205) 862-5537
Fax:    (205) 945-8002

SWAN1525
@yahoo.com

### Susan Alford Sharp
Attorney at Law

P.O. Box 611240

242 West Valley Avenue, Ste. 210
Birmingham, Alabama 35209
35261

## OMEGA LAW, LLC
"Service That You Can Trust"

### Ralph B. Mayes
Attorney-At-Law
P.O. Box 310218 (35231)
413 North 16th Street
Birmingham, Alabama 35203
(205) 326-1545 Office
(205) 326-1546 Fax
rmayes1@bellsouth.net

Sept 19   Mon AT
1:00

## JAMES B. GLICK
### ATTORNEY AT LAW

VELLINES, COBBS
GOODWIN & GLASS, P.L.C.
ECHOLS BUILDING
STAUNTON, VIRGINIA 24402-0235

540-885-1205
FAX 540-885-7599
P.O. Box 235

ARTHUR SHORES LEE
ATTORNEY AT LAW



## SHORES & LEE, P.C.
ARTHUR D. SHORES LAW CENTER BUILDING

413 16TH STREET NORTH
BIRMINGHAM, ALABAMA 35203
OFFICE (205) 323-1600
FAX (205) 328-3839

VISIT OUR WEBSITE
WWW.SHORESANDLEEPC.COM

## ROBERT R. RILEY, JR.
### ATTORNEY AT LAW

### RILEY & JACKSON, P.C.
1744 OXMOOR ROAD
BIRMINGHAM, AL 35209

PHONE: (205) 879-5000
FAX: (205) 879-5901
rob@rileyjacksonlaw.com

No ATTORNEYS would HELP us!

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO & FIREARMS
PHOENIX FIELD DIVISION

### DOUGLAS R. GRAY
SPECIAL AGENT

3003 NORTH CENTRAL AVENUE
SUITE 1010
PHOENIX, ARIZONA 85012

PAGER: 409-6392

TEL. (602)

## KEITH JACKSON
### ATTORNEY AT LAW

### RILEY & JACKSON, P.C.
1744 OXMOOR ROAD
BIRMINGHAM, AL 35209

PHONE: (205) 879-5000
FAX: (205) 879-5901
kj@rileyjacksonlaw.com

Keep this stub with your personal records. The other side contains important information.

KARL RUDOLPH LENTZ
710 AUGUSTA FARMS RD
WAYNESBORO VA 22980-9228

## YOUR SOCIAL SECURITY CARD

Detach the card below and sign it in ink immediately.
Keep your card in a safe place to prevent loss or theft.
**DO NOT CARRY IT WITH YOU.**
Do not laminate your card



SOCIAL SECURITY

THIS NUMBER HAS BEEN ESTABLISHED FOR

KARL RUDOLPH LENTZ

SIGNATURE

## YOUR SOCIAL SECURITY CARD

The Social Security number shown on your card is yours alone. Do not allow others to use your number as their own. Record your number in a safe place in case your card is lost or stolen. Protect both your card and your number to prevent their misuse.

You should contact us to update your Social Security number records if your name, your U.S. citizenship status, or your status as an alien in the U.S. changes. You will need to file an application for a corrected Social Security card and provide proof of your identity, and we may request certain other evidence supporting the change.

Show your card to your employer when you start a new job. Make sure your employer uses the name and number exactly as it is shown on your Social Security card so we can record your earnings correctly.

Some private organizations use Social Security numbers for record keeping purposes. Such use is neither required nor prohibited by Federal law. The use of your Social Security number by such an organization for its own records is a private matter between you and the organization. Private organizations cannot get information from your Social Security record just because they know your number.

Any government agency that asks for your number must tell you whether giving it is mandatory or voluntary, its authority for requesting the number, and how the number will be used.

If you are an alien without permission to work in the U.S., your Social Security card will be marked "NOT VALID FOR EMPLOYMENT". We will notify U.S. immigration officials if you use the number to work.

If you are an alien legally in the U.S. with temporary permission to work, your Social Security card will be marked "VALID FOR WORK ONLY WITH DHS AUTHORIZATION". If you show this card to an employer as evidence of employment eligibility, you will also have to show your U.S. immigration document authorizing employment.

You should contact Social Security right away to apply for benefits if you become disabled, reach retirement age or are about to attain age 65.

You can reach us at 1-800-772-1213 or through our website at www.socialsecurity.gov

This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:
Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

Improper use of this card or number by anyone is punishable by fine, imprisonment or both.

Protect Your Number and Card to Prevent Their Misuse
Sign your card right away and keep it in a safe place.
DO NOT carry it with you.

For any other Social Security business/information, contact your local Social Security office. If you write to the above address for any business other than returning a found card, it will take longer for us to answer your letter.

Social Security Administration
Form SSA-3000 (3-2004)

E87893882

fendant. This is entered at length on the record, and afterwards argued and determined in the court at Weftminfter, from whence the iffue came to be tried.

Another method of finding a fpecies of fpecial verdict, is when the jury find a verdict generally for the plaintiff, but fubject never-thelefs to the opinion of the judge or the court above, on a *fpecial cafe* ftated by the counfel on both fides with regard to a matter of law: which has this advantage over a fpecial verdict, that it is attended with much lefs expenfe, and obtains a much fpeedier decifion; the *poftea* (of which in the next chapter) being ftayed in the hands of the officer of *nifi prius*, till the queftion is de-termined, and the verdict is then entered for the plaintiff or defendant as the cafe may happen. But, as nothing appears upon the record but the general verdict, the parties are pre-cluded hereby from the benefit of a writ of error, if diffatisfied with the judgment of the court or judge upon the point of law. Which makes it a thing to be wifhed, that a method could be devifed of either leffening the expenfe of fpecial verdicts, or elfe of entering the cafe at length upon the *poftea*. But in both thefe inftances the jury may, if they think proper, take upon them-felves to determine at their own hazard, the complicated quef-tion of fact and law; and, without either fpecial verdict or fpecial cafe, may find a verdict abfolutely either for the plaintiff or defendant [p].

When the jury have delivered in their verdict, and it is re-corded in court, they are then difcharged. And fo ends the trial by jury: a trial, which befides the other vaft advantages which we have occafionally obferved in it's progrefs, is alfo as expedi-tious and cheap, as it is convenient, equitable, and certain; for a commiffion out of chancery, or the civil law courts, for exami-ning witneffes in one caufe will frequently laft as long, and of courfe be full as expenfive, as the trial of a hundred iffues at *nifi prius*: and yet the fact cannot be determined by fuch com-

[p] Litt. §. 386.

missioners

# The federal district courts are courts of record

[§ 343] **2. Judges.**[40] The statute provides for the number and qualifications of judges and requires that every district judge shall reside in the district, or one of the districts, for which he is appointed.[41] During a vacancy in the office of district judge for a district coextensive with a state, no other judge is authorized to sit therein, and all judicial action remains in abeyance until the vacancy is filled, or another judge is designated, pursuant to law, to exercise the judicial functions temporarily.[42] Provision is made, however, for the designation of another judge in case of a vacancy in the office of judge of a particular district, or disqualification of the judge.[43]

[§ 344] **B. Character of Courts.**[44] The federal district courts are courts of record.[45]

[§ 345] **C. Terms and Sessions.**[46] Acts of a court done at a session held in conformity with a repealed act and before the time appointed under the repealing act which divided the district are void.[47] A court sitting in one division cannot make an order between terms of court of another division affecting a marshal's acts under an order of sale in admiralty made in the latter division.[48] Under the statute providing that special terms of any district court may be ordered by the district judge, and that "any business may be transacted at such special term which might be transacted at a regular term," a district court has jurisdiction at a special term to try a defendant on an indictment returned at a previous regular term, and it is not necessary that the order for the special term be incorporated in the record of the case to show such jurisdiction.[49] The court is open from the beginning of

each session to its end for the return of writs on the criminal side, although it has adjourned as a criminal court.[50]

[§ 346] **D. Rules of Procedure.**[51] The district courts have power to make rules and orders regulating their own practice, provided such rules are not inconsistent with any law of the United States or any rule established by the supreme court with respect to practice in all district courts.[52] Except as otherwise provided by statute, or by rule of court, the practice in suits of equity and of admiralty and maritime jurisdiction must be according to the principles, rules, and usages which belong to courts of equity and of admiralty, respectively.[53]

[§ 347] **E. Jurisdiction**[54]—**1. In General.** The district courts are now the courts of general original jurisdiction in the federal judiciary system, and they have jurisdiction in all cases falling within the jurisdiction of federal courts,[55] except in so far as particular cases fall exclusively within the original jurisdiction of the supreme court,[56] laying out of consideration territorial and other similar statutory courts not vested with the federal judicial power.[57] Formerly the jurisdiction of the district courts was much more limited, the general original federal jurisdiction being divided between the district and the former circuit courts. Speaking generally the district court had jurisdiction of enumerated classes of cases, mainly, but not exclusively, cases with a governmental aspect,[58] while the circuit court had jurisdiction of the great mass of litigation in cases of a civil nature between private parties,[59] where the jurisdiction rested upon the citizenship, [etc.

**40.** See also generally Judges [23 Cyc 498].

**41.** Jud. Code § 1.

**42.** U. S. v. Murphy, 82 Fed. 893.

**43.** Jud. Code § 13. See McDowell v. U. S., 159 U. S. 596, 16 SCt 111, 40 L. ed. 271; The Alaska, 35 Fed. 556; National Home for Disabled Volunteer Soldiers v. Butler, 32 Fed. 374.

[a] Where there are two or more judges for a particular district, and the judge before whom an action or proceeding is to come is for any reason disqualified, a judge from another district may be designated, although the other judges of the district are not disqualified. In re DeHaas, 266 Fed. 732.

[b] It is only in the event of a vacancy, and not in the absence of the judge, that the statute takes effect. American L. & T. Co. v. East, etc., R. Co., 46 Fed. 182.

[c] In case of the death of the disabled judge, the appointed judge holds court without further appointment as judge de facto if not de jure. Ball v. U. S. 140 U. S. 118.

[d] After returning to his own district, a judge may entertain a motion for a new trial in a case heard in the other district. Cheesman v. Hart, 42 Fed. 96.

**44.** Amount in controversy see supra §§ 5, 79.

**45.** In re Columbia Real-Est. Co., 101 Fed. 965 [app. dism 112 Fed. 841, 50 CCA 4051]; Brown v. Bridge, 106 Mass. 563.

**46.** Of courts generally see Courts §§ 218, 271.

**47.** McClashan v. U. S., 71 Fed. 434, 18 CCA 172 [app dism 170 U. S. 702, 18 SCt 948, 42 L. ed. 1216].

**48.** Williams v. The Sea Gull, 29 F. Cas. No. 17,738.

**49.** Goll v. U. S. 151 Fed. 412, 80 CCA 642 [construing Rev. St. § 581].

**50.** U. S. v. Philadelphia, etc. R. Co., 237 Fed. 698.

**51.** Of courts generally see Courts §§ 275–296.

**52.** U. S. Rev. St. § 918; Fullerton v. U. S. Bank, 1 Pet. (U. S.) 604, 7 L. ed. 280; The Planet Venus, 113 Fed. 387.

[a] A district court cannot by rule abolish chancery practice in that court, in violation of rules of supreme court for the regulation of federal courts in equity. Story v. Livingston, 13 Pet. (U. S.) 359, 10 L. ed. 268.

**53.** U. S. Rev. St. § 913; Gaines v. Relf, 15 Pet. (U. S.) 9, 10 L. ed. 642 [decided in 1841].

**54.** Amount in controversy see infra § 356.

**55.** See supra §§ 4–77.

**56.** Original jurisdiction of supreme court see infra §§ 191–199.

**57.** See infra § 385 et seq.

**58.** U. S. Rev. St. § 568.

**59.** The former jurisdiction of the district court, prior to the abolition of the circuit court by the Judicial Code, included: Jurisdiction of federal crimes and offenses; jurisdiction of suits for penalties and forfeitures incurred under the laws of the United States; jurisdiction of suits at common law by the United States or any officer thereof; jurisdiction of suits for forfeitures for debts to the United States; jurisdiction of actions arising under the postal laws; jurisdiction of all civil cases of admiralty and maritime jurisdiction; jurisdiction of suits by or against national banks; jurisdiction of suits to recover office where denial of franchise is involved; jurisdiction in other cases not here enumerated. U. S. Rev. St. § 563.

**59.** U. S. Rev. St. § 629; Act of March 3, 1875 c 137 as amended by Act March 3, 1887 and corrected by Act Aug. 13, 1888 (25 St. at L. 433 c 866).

[a] What are suits "of a civil nature" within (1) the meaning of the judiciary acts. Israel v. Israel, 130 Fed. 237 (claim for future ali-

mony); U. S. v. Block, 24 F. Cas. No. 14,610, 1 Bliss. 208 (condemnation proceedings); U. S. v. Tolota, 28 F. Cas. No. 16,441 [aff 21 U. S. 397, 22 L. ed. 449]. (2) An action may be of a civil nature, and thus within the federal jurisdiction, although criminal in form. Illinois v. Illinois Cent. R. Co., 33 Fed. 721 (information in nature of quo warranto). (3) Actions to recover penalties for violation of a statute are not suits of a civil nature. Indiana v. Alleghany Oil Co., 85 Fed. 576. [73 ["The contention that the action is civil, and not penal, in its nature, because the statute of the state declares it to be a civil action, is untenable. If congress had intended that the form of the action should determine the right of removal, apt language would have been used to indicate that purpose. The language employed is 'suits of a civil nature.' If the form, rather than the nature, of the action had been intended to determine the right of removal, congress would undoubtedly have used the words 'suits civil in form,' or perhaps the more general expression 'civil suits,' instead of using the language employed. In using the language 'suits of a civil nature,' it discloses the intent that the court should look beyond the form to the nature or purposes of the suit. Looking at the nature of the present suit, it is apparent that its purpose is penal. The penalty prescribed is recoverable as a punishment for the doing of acts made criminal by the statute. The statute has no other purpose than to recover a penalty for a violated law, and thereby secure obedience to it"]; Texas v. Day Land, etc. Co. 41 Fed. 228; U. S. v. Mexican Nat. R. Co., 40 Fed. 769; Ferguson v. Ross, 38 Fed. 161, 3 LRA 322; State v. Chicago, etc. R. Co., 37 Fed. 497, 3 LRA 554 (notwithstanding statute provides for its recovery "in a civil

U.S. Supreme Court in <u>Murdock v. Pennsylvania, 319 US 105</u>, at 113 (1943):

"*A state may not ... impose a charge for the enjoyment of a right granted by the Federal Constitution.*"

US Supreme Court in <u>Miranda v. Arizona, 384 US 436, 491</u>:

"*Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them.*"

US Supreme Court in <u>Lansing v. Smith (1829) 4 Wend. 9,20</u>:

"*People of a state are entitled to all rights which formerly belong to the King, by his prerogative.*"

The <u>People v. Herkimer, 4 Cowen (NY) 345, 348 (1825)</u>:

"*The people, or sovereign are not bound by general words in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former sovereign ... It is a maxim of the common law, that when an act is made for the common good and to prevent injury, the King shall be bound, though not named, but when a statute is general and prerogative right would be divested or taken from the King [or the people] he shall not be bound.*"

the US Supreme Court in <u>Meyer v. Nebraska, 262 US 390, 399</u>: The term Liberty "*... denotes not merely freedom from bodily restraint, but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, to establish a home and bring up children, to worship God according to the dictates of his/her own conscience, the established doctrine is that this liberty may not be interfered with under the guise of protecting public interest, by legislative action which is arbitrary ...*"

I, claim that; "*this court errs, if court dismisses*, [pro se litigant], *without instructions of how the pleadings are deficient and how to repair the pleading* ;

*B. Platsky v. CIA, 953 F.2d 25, 26 28* **(2nd Cir. 1991)**

I, am aware that [Rule 8 (f)] "*the Federal Rules reject the approach that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits*".

*Maty v. Grasselli Chemical Co., 303 U. S. 197; Conley v. Gibson, 355 U.S. 41, 48* **(1957)**

"*The assertion of federal rights, when plainly and reasonably made[i], are not to be defeated under the name of local practice[ii].*"

*Arnold v. Panhandle & S.F. Ry. Co., 353 U.S. 360* **(1957)**

# EXHIBIT

# Exhibit: court of record free to the people

## COURTS.

A COURT, *Curia*.] The king's palace, or mansion; but more especially the place where justice is judicially administered. *Co. Lit.* 58. The superior courts are those at Westminster; and of courts, *some are of record*, and some *not*; which are accounted *base* courts, in respect of the rest.

A court of record is that court which hath power to hold plea, according to the course of the common law, of real, personal, and mixed actions, where the debt or damage is 40*s*. or above; as the *King's Bench, Common Pleas*, &c. A court not of record is where it cannot hold plea of debt or damages amounting to 40*s*., but of pleas under that sum: or where the proceedings are not according to the course of the common law, nor inrolled, as the county-court, and the court-baron, &c. 1 *Inst.* 117. 260: 4 *Rep.* 52: 2 *Rol. Abr.* 574. See *Record*.

Every court of record is the king's court, in right of his crown and dignity, though his subjects have the benefit of it; and therefore no other court hath authority to fine and imprison: so that the very erection of a new jurisdiction, with power of fine or imprisonment, makes it instantly a court of record. *Salk.* 200: 12 *Mod.* 388: *Finch. L.* 231. The free use of all courts of record and not of record is to be granted to the people: the leet and tourn are the king's courts, and of record. 2 *Danv.* 259. The rolls of the superior courts of record are of such authority, that no proof will be admitted against them; and these records are only triable by themselves. 3 *Inst.* 71. But as the county-court, court-baron, &c. are not courts of record, the proceedings therein may be denied, and tried by a jury; and upon their judgments a writ of error lies not, but writ of false judgment. 1 *Inst.* 117. See *post, Court-Baron, Record.*

In the courts at Westminster the plaintiff need not show at large in his declaration that the cause of action arises within their jurisdiction, it being general: inferior courts are to show it at large, because they have particular jurisdictions. 1 *Lil. Abr.* 371. Also nothing shall be intended to be within the jurisdiction of an inferior court, but what is expressly so alleged: and if part of the cause arises within the inferior jurisdiction, and part thereof without it, the inferior court ought not to hold plea. 1 *Lev.* 104: 2 *Rep.* 16. See tit *Abatement*, I. 1.