# NOTICE :

Moskal v. United States (89-0964), 498 U.S. 103 (1990):

The United States Supreme Court defines:

## "FALSE MAKING"; "FALSELY" ; "FORGERY"

Directly Quoted...

The Court acknowledges, as it must, the doctrine that when a statute employs a term with a specialized legal meaning relevant to the matter at hand, that meaning governs. As Justice Jackson explained for the Court in *Morissette* v. *United States*, 342 U.S. 246, 263 (1952):

> "[W]*here Congress borrows terms of art in which are accumulated the legal tradition and meaning of centuries of practice, it presumably knows and adopts the cluster of ideas that were attached to each borrowed word in the body of learning from which it was taken and the meaning its use will convey to the judicial mind unless otherwise instructed. In such a case, absence of contrary direction may be taken as satisfaction with widely accepted definitions, not as departure from them.*"

Or as Justice Frankfurter more poetically put it: **"[I]f a word is obviously transplanted from another legal source, whether the common law or other legislation, it brings its soil with it."** Frankfurter, Some Reflections on the Reading of Statutes, 47 Colum. L. Rev. 527, 537 (1947).

We have such an obvious transplant before us here. Both **Black's Law Dictionary** and **Ballentine's Law Dictionary** contain a definition of the term **"false making."** The former reads as follows:

*"False making.* An essential element of forgery, where material alteration is not involved. Term has reference to manner in which writing is made or <u>executed</u> rather than to its substance or effect. A falsely made instrument is one that is fictitious, not genuine, or in some material particular something other than it purports to be and without regard to truth or falsity of facts stated therein." Black's Law Dictionary 602 (6th ed.1990).

Ballentine's is to the same effect. See Ballentine's Law Dictionary 486 (2d ed. 1948). "Falsely made" is, in other words, a term laden with meaning in the common law, because it describes an essential element of the crime of forgery. Blackstone defined forgery as **"the *fraudulent making* or alteration of a writing to the prejudice of another man's right."** 4 W. Blackstone, Commentaries 245 (1769) (emphasis added). The most prominent 19th century American authority on criminal law wrote that **"[f]orgery, at the common law, is the *false making* or materially altering, with intent to defraud, of any writing which, if genuine, might apparently be of legal efficacy or the foundation of a legal liability."** 2 J. Bishop, Criminal Law 523, p. 288 (5th ed. 1872) (emphasis added). **The distinction between "falsity in execution" (or "false making") and "falsity of content" was well understood on both sides of the Atlantic as marking the boundary between forgery and fraud.**

"The definition of forgery is not, as has been suggested in argument, that every instrument containing false statements fraudulently made is a forgery; but . . . that every instrument which fraudulently purports to be that which it is not **is a forgery** . . . ." *Queen* v. *Ritson*, L. R. 1 Cr. Cas. Res. 200, 203 (1869)

"The term *falsely*, as applied to making or altering a writing in order to make it forgery, has reference not to the contracts or tenor of the writing, or to the fact stated in the writing . . . but it implies that the paper or writing is false, not genuine, fictitious, not a true writing, without regard to the truth or falsity of the statement it contains." *State* v. *Young*, 46 N. H. 266, 270 (1865) (emphasis in original).

# EXHIBIT

*NOTICE*

Exhibit: FORGERY & UTTERING

I. *What amounts to a Forgery.*
II. *What is an Uttering.*
III. *Of the Intent to Defraud.*
IV. *The Instruments whereof Forgery may be committed, &c.*
V. *Of Accessories.*
VI. *Of the Indictment, Venue, &c.*

I. *What amounts to a Forgery.*—The making of any instrument which is the subject of forgery with a fraudulent intent, is of itself a sufficient completion of the offence without uttering or publishing, and consequently before any injury is sustained; for though publication be the medium by which the intent is usually made manifest, it may be proved as satisfactorily by other evidence. *2 Lord R.* 1469 : 1 *Leach,* 173 : 2 *New R.* 93.

Not only the fabrication of the whole of a written instrument, but a fradulent insertion, alteration, or erasure even of a letter, in any material part of a true instrument, giving a new operation to it, is a forgery, although it be afterwards executed by another person ignorant of the deceit. *2 East, P. C. c.* 19. § 4. *p.* 855. And the fraudulent application of a true signature to a false instrument, for which it was not intended, or *vice versâ,* will also be a forgery. *Id. ibid.*

To make a mark to a promissory note, or any other document, in the name of another person, with intent to defraud,

*R. & R.* 260. But if there be satisfactory proof that the prisoner's real name, and that the false name has been assumed for concealment, with a view to a fraud of which the forgery is a part; it is for him to prove he used the assumed name before the time he had the fraud in view, even in the absence of proof as to what name he had used for several years before the fraud was perfected. *R. & R.* 278.

II. *What is an Uttering.*—Any disposal or negotiation of a forged instrument to another person with a fraudulent intent, provided the party disposing of it knows it to be forged, is an uttering, which by most of the statutes on the subject is made a substantive offence.

Where a person knowingly delivers a forged note to an innocent agent, for the purpose of its being uttered by him, and he utters it accordingly, this is an uttering by the first party ; for wherever an innocent person is employed for a criminal purpose, the employer is responsible for his acts. 2 *Leach,* 978 : 1 *N. R.* 96 : *R. & R.* 72. And it seems to be equally held an uttering where the note was given to an accomplice. *R. & M.* 166. And though it has been doubted whether in a case like the last the party ought not to be indicted as an accessary before the fact, and not as a principal ; it appears to be the better opinion that he may be charged as the utterer. 1 *N. R.* 96. But to indict as a principal, there must be satisfactory proof, either of an actual delivery of the note by him to the accomplice, or else that he was present when the latter uttered it ; otherwise he can only be charged as an accessary before the fact. *R. & R.* 25 : *H.* 365. See *post,* V.

The offence of uttering is complete, though the note was delivered by the prisoner to an agent employed to detect him ; if the note be delivered to the agent for the purpose of being disposed of as a good one. 2 *Leach,* 1019 : 2 *Taunt.* 384 : *R. & R.* 154. So delivering a box containing forged instruments to the party's own servant, that he may take them to an inn to be conveyed by a carrier to a customer in the country, is an uttering. 2 *Leach,* 1048 : 4 *Taunt.* 300 : *R. & R.* 212. So likewise the offence of uttering was held complete, where the prisoner delivered a forged bill to another person as a pledge to obtain credit. *R. & R.* 86.

III. *Of the Intent to defraud.*—By all the statutes a fraudulent intent is made an essential ingredient to the crime of forgery. But it is immaterial, whether any person be actually defrauded or not ; it is sufficient if he may be thereby prejudiced. 2 *East, P. C.* 854. And the intent need not be to defraud any particular person, as a general intent to defraud is sufficient ; for if a man wilfully do an act, the probable consequence of which is to defraud, it will, in contemplation of law, constitute a fraudulent intent. 3 *T. R.* 216. *n.* (a): *R. & R* 291. And even though the prosecutor believes the prisoner did not intend to defraud him. *R. & R.* 169.

IV. *The Instruments whereof Forgery may be committed, &c.* —Forgery by the common law extends to false and fraudulent making or altering of a deed or writing, whether it be a matter of record, in which seems to be included a parish register ; which is punishable by fine, imprisonment, and corporal punishment, at the discretion of the court ; or any other writing, deed, or will. 3 *Inst.* 169 : 1 *Rol. Abr.* 65 : 1 *Hawk. P. C.* c. 70.

The counterfeiting writings of an inferior nature, as letters, and such like, it hath been said, is not properly forgery ; but the deceit is punishable.—However, in the case of John Ward, of Hackney, it was determined that to forge a lease or acquittance for the delivery of goods, although not under seal, was forgery at common law. See *Barn. B. R.* 10: *Ld. Raym.* 737. 1461 : 5 *Mod.* 137: *Raym.* 81: *Stra.* 747. And this case is considered as having now settled the rule that the counterfeiting of any writing with a fraudulent intent, whereby another may be prejudiced, is forgery at common law. 2 *East's P. C. c.* 19. § 7.

The following is a list of the different instruments comprised in the statutes on the subject, with the punishment annexed to each act of forgery. It must be remembered, as already observed, that those offences which are declared capital felonies by acts passed previously to the 11 G. 4. and 1 *W. 4. c.* 66. are now only punishable with transportation for life, or seven years, or with imprisonment, not exceeding four, or less than two years.

And by 3 and 4 *W. 4. c.* 44. § 3. persons punishable with transportation for life under the 2 and 3 *W. 4. c.* 123. may, at the discretion of the court before whom they are convicted, be previously imprisoned with or without hard labour in the common gaol or house of correction, or be confined in the Penitentiary, for a term not exceeding four years, or less than one.

1. *Seals, &c.*—Forging the great seal of the United Kingdom, his Majesty's privy seal, any privy signet of his Majesty, his Majesty's sign manual, the seals of Scotland, the great seal, and privy seal of Ireland, treason ; 11 G. 4. and *W.* 4. *c.* 66. § 2 ; transportation for life ; 2 and 3 *W.* 4. *c.* 123.

2. *Records, &c.*—If any judge or clerk offend by false entering of pleas, or raising of rolls, to the disherison of any, he is punishable by fine to the king, and shall make satisfaction to the party. 8 *Ric.* 2. *c.* 4. Avoiding records ; felony. 8 *H.* 6. *c.* 12. Forging a memorial or certificate of a registry of lands in Yorkshire or Middlesex, imprisonment for life, forfeiture of lands, &c. 2 and 3 *Anne, c.* 4. § 19: 5 & 6 *Anne, c.* 18. § 8 : 7 *Anne, c.* 20. § 15 : 8 *G.* 2. *c.* 6. § 21. Uttering a false certificate of a previous conviction; felony ; transportation, or imprisonment, and whipping. 7 and 8 *G.* 4. *c.* 28. § 11. Forging a court roll, or copy of a court roll ; felony ; transportation ; or imprisonment. 11 *G.* 4. and 1 *W.* 4. *c.* 66. § 10. An entry in a register relating to baptism, marriage, or burial ; felony ; transportation, or imprisonment. 11 *G.* 4. and 1 *W.* 4. *c.* 66. § 20, 21, 22.

3. *Revenue, &c.*—Forging the stamp on linens, calicoes, stuffs ; capital felony. 10 *Anne, c.* 19. § 97 : 13 *G.* 3. *c.* 56. § 5. See 52 *G.* 3. *c.* 142. § 1.—Forging the stamp on cambrics, &c. ; capital felony. 4 *G.* 3. *c.* 87.—Franks, felony ; transportation for seven years. 24 *G.* 3. *Sess.* 2. *c.* 27. § 9 : 42 *G.* 3. *c.* 63. § 14.—Forging registers, certificates, &c. of ages of nominees, or annuitants of annuities secured in the public funds ; capital felony. 29 *G.* 3. *c.* 41 : 48 *G.* 3. *c.* 142. § 27 : 49 *G.* 3. *c.* 64. § 3.—Contracts and certificates for the redemption and sale of the land tax ; capital felony. 42 *G.* 3. *c.* 116. § 194 : 52 *G.* 3. *c.* 143. § 6—A hawker's licence ; three hundred pounds fine. 50 *G.* 3. *c.* 41. § 18. Forging the stamps on parchment, playing cards, almanacks, plate, newspapers, &c. ; capital felony. 52 *G.* 3. *c.* 143. § 7, 8 : 55 *G.* 3. *c.* 184. § 7: 55 *G.* 3. *c.* 185 : 6 *G.* 4. *c.* 116. Transposing stamps from plate to other plate, or inferior metal ; capital felony. 52 *G.* 3. *c.* 143. § 8. Forging debentures or certificates for payment or return of money, required by the statutes relating to the customs or excise ; capital felony. 52 *G.* 3. *c.* 143. § 10. Forging declarations of return of insurance ; felony ; transportation for seven years. 54 *G.* 3. *c.* 133. § 10. Forging the mark of postage on letters ; fine, and imprisonment. 54 *G.* 3. *c.* 169. The stamp denoting the duty to have been paid on paper, pasteboard, &c. ; fine. 1 *G.* 4. *c.* 58. § 13.

4. *Public Securities.*—Forging an entry, &c. in the books of the Bank of England, South Sea Company ; felony ; death. 11 *G.* 4. and *W.* 4. *c.* 66. § 5. A transfer of stock of the Bank of England, South Sea Company, or any other body corporate, company, or society, now or hereafter to be established, or a power of attorney to transfer it, or transferring it by personating the proprietor ; felony ; death. 11 *G.* 4. and 1 *W.* 4. *c.* 66. § 6. Forging the names of witnesses to such power of attorney ; felony ; transportation, or imprisonment. 11 *G.* 4. and 1 *W.* 4. *c.* 66. § 8. Clerks, &c employed in the Bank of Eng-

U.S. Supreme Court in <u>Murdock v. Pennsylvania, 319 US 105</u>, at 113 (1943):
"*A state may not ... impose a charge for the enjoyment of a right granted by the Federal Constitution.*"

US Supreme Court in <u>Miranda v. Arizona, 384 US 436, 491</u>:
"*Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them.*"

US Supreme Court in <u>Lansing v. Smith (1829) 4 Wend. 9,20</u>:
"*People of a state are entitled to all rights which formerly belong to the King, by his prerogative.*"

The <u>People v. Herkimer, 4 Cowen (NY) 345, 348 (1825)</u>:
"*The people, or sovereign are not bound by general words in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former sovereign ... It is a maxim of the common law, that when an act is made for the common good and to prevent injury, the King shall be bound, though not named, but when a statute is general and prerogative right would be divested or taken from the King [or the people] he shall not be bound.*"

the US Supreme Court in <u>Meyer v. Nebraska, 262 US 390, 399</u>: The term Liberty "*... denotes not merely freedom from bodily restraint, but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, to establish a home and bring up children, to worship God according to the dictates of his/her own conscience, the established doctrine is that this liberty may not be interfered with under the guise of protecting public interest, by legislative action which is arbitrary ...*"

I, claim that; "*this court errs, if court dismisses,* [pro se litigant], *without instructions of how the pleadings are deficient and how to repair the pleading* ;

**B. Platsky v. CIA, 953 F.2d 25, 26 28 (2nd Cir. 1991)**

I, am aware that [Rule 8 (f)] "*the Federal Rules reject the approach that pleading is a game of skill in which one misstep by counsel may be decisive to the outcome and accept the principle that the purpose of pleading is to facilitate a proper decision on the merits*".

*Maty v. Grasselli Chemical Co., 303 U. S. 197; Conley v. Gibson, 355 U.S. 41, 48 (1957)*

"*The assertion of federal rights, when plainly and reasonably made[j], are not to be defeated under the name of local practice[ii].*"

*Arnold v. Panhandle & S.F. Ry. Co., 353 U.S. 360 (1957)*

# EXHIBIT



**AMANDA MORGAN**
*Director*

# Jefferson County
## Department of Human Resources

1321 Fifth Avenue South
Post Office Box 11926
Birmingham, Alabama 35202-1926
(205) 918-5100



ANGELA MCCLINTOCK
*Assistant Director*

KIM W. MASHEGO
*Assistant Director*

November 21, 2008

**To Whom It May Concern:**

The Jefferson County Department of Human Resources (JCDHR) does hereby state, pursuant to Order of the Family Court of Jefferson County, that JCDHR does not have any Child Abuse and Neglect Reports also known as "CA/N Reports" concerning Mr. Karl Lentz located on the Agency's Central Registry.

However, readers of this letter are cautioned as follows: This letter does not imply that Mr. Lentz has or has not ever been involved with JCDHR concerning abuse or neglect of his child(ren). Further, this letter does not imply that Mr. Lentz has or has not been a party to Dependency Proceedings in the Jefferson County Family Court concerning abuse or neglect of his child(ren). JCDHR is unable to confirm or deny (in this letter) whether Mr. Lentz has been involved with or has any history with JCDHR concerning abuse or neglect of his child(ren), due to confidentiality laws of the State of Alabama. This letter merely states that Mr. Lentz's name does not appear on the CA/N Central Registry.

Any child welfare agency or Court having jurisdiction over Mr. Lentz and/or his child(ren) who requires information regarding involvement that JCDHR has or has not had with Mr. Lentz concerning abuse or neglect of his child(ren) should contact the Jefferson County Department of Human Resources at (205)918-5100, and request such information in a manner authorized by Federal Law.

Sincerely,

*Kim Mashego*

**Kim Mashego**
**Assistant Director**
**Child Welfare**

An Affirmative Action/Equal Opportunity Employer

NOTICE for EXHIBIT :

# THE DHR's ANSWER TO
# MY WISH TO SETTLE THE MATTER ON THE PRIVATE SIDE

**From:** Karl L. <kldirectv@yahoo.com>
**To:** "Long, James E. (DHR)" <James.Long@dhr.alabama.gov>; "Sharon" <sharon.ficquette@dhr.alabama.gov>; angela drees <ANGELA.DREES@YAHOO.COM>; ben spiller <ben.spiller@finance.alabama.gov>; "beth.schaefer@dhr.alabama.gov" <beth.schaefer@dhr.alabama.gov>; billing stephin <sbillingslea@ago.state.al.us>; Brian Huff <huffb@jccal.org>; candice <candice.lanier@dhr.alabama.gov>; cooper shattuck <cooper.shattuck@governor.alabama.gov>; David Schoen <dschoen593@aol.com>; gene sisson <gsisson@ago.state.al.us>; Helen Hoffman <HHoffman@ago.state.al.us>; "james.long@dhr.alabama.gov" <james.long@dhr.alabama.gov>; Janet Owens <jowens@adap.ua.edu>; jerry carpenter <Jerry.Carpenter@finance.alabama.gov>; K L <KLDIRECTV@YAHOO.COM>; karen <rhiannon013@yahoo.com>; "Kim.Huggins@finance.alabama.gov" <Kim.Huggins@finance.alabama.gov>; laura lingle <llingle@ago.state.al.us>; luther <lstrange@ago.state.al.us>; "Marilyn.Tucker@finance.alabama.gov" <Marilyn.Tucker@finance.alabama.gov>; Nancy <nancy.buckner@dhr.alabama.gov>; Robert Bentley <robert.bentley@governor.alabama.gov>; ruthie alexander <ruthie.alexander@governor.alabama.gov>; tim fuhrman <tfuhrman@ago.state.al.us>; v <tjconboy611@hotmail.com>
**Sent:** Tuesday, September 13, 2011 9:26 AM
**Subject:** Re: Reason for Failure to respond? "72"

**From:** "Long, James E. (DHR)" <James.Long@dhr.alabama.gov>
**To:** Karl L. <kldirectv@yahoo.com>; "Tucker, Marilyn" <Marilyn.Tucker@finance.alabama.gov>; "Huggins, Kim" <Kim.Huggins@finance.alabama.gov>; "Ficquette, Sharon" <Sharon.Ficquette@dhr.alabama.gov>
**Sent:** Monday, September 12, 2011 6:46 PM
Subject: RE: **Reason for Failure to respond? "72"**

*"DHR does not believe that you have a claim.  DHR will not be paying you any money or giving you other relief. If you feel that you have a claim, you should feel free to pursue your complaint in a court of law."*

James E. Long
Deputy Attorney General
DHR Legal Office
(334) 242-9330/Attnet 220-9330
Fax (334) 242-0689
james.long@dhr.alabama.gov

"This electronic message contains information that may be legally confidential and/or privileged. If you are not the intended recipient, any disclosure, copying, distribution, or use of this information is prohibited and may be unlawful. If you have received this electronic message in error, please reply immediately to the sender that you have received the message in error, and delete it."



**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

LUTHER STRANGE
ATTORNEY GENERAL

501 WASHINGTON AVENUE
P.O. BOX 300152
MONTGOMERY, AL 36130-0152
(334) 242-7300
WWW.AGO.STATE.AL.US

April 13, 2011

***VIA EMAIL @ kldirectv@yahoo.com***

Mr. Karl Lentz

Dear Mr. Lentz:

    I recently began working as the Chief Investigator for the Attorney General's Office. Shortly after receiving your most recent correspondence, I conducted an extensive review of your prior interaction with this office and the State of Alabama. This review included reviewing your prior litigation which was dismissed and a review of the letter this office sent to you on February 17, 2010, advising you of your options to retain legal counsel in this matter. There is no information contained in your most recent correspondence which changes that advice.

    I also noticed in the letter dated February 17, 2010, that you had written to this office five times in less than six weeks and you have also contacted this office several times recently. Absent any new information provided by you, this office will not correspond with you anymore.

               Sincerely,

               Timothy J. Fuhrman
               Chief Investigator

TJF:ldl

# EXHIBIT - ''

**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

TROY KING
ATTORNEY GENERAL

500 DEXTER AVENUE
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

February 17, 2010

**VIA EMAIL @ kldirectv@yahoo.com**
Mr. Karl Rudolph Lentz

Dear Mr. Lentz:

The Office of the Alabama Attorney General has received your correspondence dated January 27, 2010, January 11, 2010, December 30, 2009, December 16, 2009, and December 15, 2009. Your information was forwarded to the Investigative Division for review.

The primary duty of the Attorney General is to serve as legal counsel for Alabama's government agencies, departments and officers. Alabama law prohibits our office from providing private citizens with legal advice, representation or opinions. We can only suggest that you consider discussing your concerns with a private attorney, who can advise you of your legal rights and options and may also provide you with the appropriate legal representation and legal advice you are seeking.

If you do not have a private attorney, you may wish to contact the Alabama State Bar's Lawyer Referral Service toll-free at (800) 392-5660 to obtain a referral. If you feel that you cannot afford legal representation, you may wish to contact your nearest Legal Services regional satellite office so you might discuss your possible eligibility for assistance at one of the following phone numbers:

Montgomery Regional Office — (334) 832-4570
Opelika Regional Office — (334) 749-5075
Mobile Regional Office — (334) 433-6560
Monroeville Regional Office — (334) 743-3234
Bentsville Regional Office — (256) 536-9645
Selma Regional Office — (334) 875-3770
Birmingham Regional Office — (205) 328-3540

Dothan Regional Office — (334) 793-7932
Troy Satellite Office — (334) 566-6100
Gadsden Regional Office - (256) 543-2435
Anniston Satellite Office — (256) 237-3660
Florence Regional Office — (256) 767-2020
Tuscaloosa Regional Office — (205) 758-7503
Decatur Regional Office — (256) 350-3551

Sincerely,

Gene Sisson
Chief Investigator

GS:ldl

**EXHIBIT** 

**COPY**

# THIRTY-MILLION-DOLL

## ($30,000,000.00)

I, AS THE UNDERSIGNED, MOTION IN GOOD-FAITH, A FINAL PRE
DIRECTOR, AND/OR TO RISK MANAGEMENT OF A NEGOTIABLE

A
T
(1

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MONTGOMERY AL 36130

| | | |
|---|---|---|
| Postage | $ | $3.07 |
| Certified Fee | | $2.85 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $8.22 |

Postmark Here

05/05/2011

Sent To __Finance Director__
Street, Apt. No.; or PO Box No. __660 Dexter Ave Suite N-105__
City, State, ZIP+4 __Montgomery AL 36130__

PS Form 3800, August 2006        See Reverse for Instructions

THE CODE OF ALABAMA 1975: TITLE: 7-1-503 (ACTS 1995, NO. 95-668, P. 131
DEEMED JUST AND PROPER BY THE UNITED STATES SUPREME COURT I

THIS IS THE FINAL DEMAND FOR PAYMENT OF THIRTY-MILLION-I
I WILL ACCEPT FOR PAYMENT, ANY FUNCTIONAL UNITED STAT
PAYMENT MUST BE SENT WITHIN 72 HOURS OF RECEIPT OF THIS I
PAYMENT MUST BE DELIVERED BY, FRIDAY, THE 13TH DAY OF MAY

UPON THE DELIVERY OF THE FULL PAYMENT:
(1) THE NOTARY WILL SURRENDER THE ORIGINAL SIGNED, CHARG
(2) I WILL LAY NO MORE CLAIM OF MONETARY COMPENSATION PI
CASE, ON MY BEHALF, AS I WILL DEEM THAT ASPECT TO BE FINAL

DISHONOR WILL RESULT IN THE ORIGINAL INSTRUMENT, ALONG WIT
ALONG WITH THE COMPLAINT FOR FRAUD, TO BE PRESENTED, TO CO
DEEMED PROPER AND JUST, AND TO HELP EXPEDITE THE COLLECTIO

THE PAYMENT IS TO BE SENT BY:
REGISTERED MAIL TO:
KARL LENTZ:
P.O. BOX 440, LEXINGTON, VA. 24450
DRAWN AS HEREBY STATED:  — " PAY TO BEARER "

County/City of __Virginia__
Commonwealth/State of __Rockbridge__
The foregoing instrument was acknowledged
before me this __5__ day of __May__
__2011__ , by
__Karl Lentz__
(name of person seeking acknowledgement)
__Linda F. J__
Notary Public
My commission expires: __12/31/11__

LINDA F. JOHNSON
Notary Public
Commonwealth of Virginia
166633
My Commission Expires Dec 31, 2011

Lexin
ington,
2445095
91765  450  0098
(800 275-777    05:03:21 PM

Sales Receipt
Product          Sale  Unit     Final
Description      Qty   Price    Price

MONTGOMERY AL 36130                $3.07
Zone-5 First-Class
Parcel
10.80 oz.

Issue PVI:                        $3.07

Utility          1    $0.99      $0.99
Mailer
10.5x16-RP

Total:                            $4.06

Paid by:                          $4.06
Debit Card
  Account #:        XXXXXXXXXXXXX5109
  Approval #:       170139
  Transaction #:    800
23 903420503
Receipt#:           001934

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
**********************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
**********************************

Bill#: 1000202951207
Clerk: 12

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
**********************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
**********************************
**********************************

Customer Copy

THIS HAS BEEN SENT BY,

KARL LENTZ
MAY 5TH, 2011

UNTY OF ROCKBRIDGE, TO-WIT:

I, D. Bruce Patterson, County Clerk of the County of Rockbridge, and as such Clerk of the Circuit Court for the said County, the same being a Court of Record, do hereby certify that

Linda F. Johnson

whose name is signed to the certificate of the proof of acknowledgment of the annexed instrument and thereon written, was at the time of such proof and acknowledgment, a NOTARY PUBLIC, in and for said County, residing therein, duly commissioned and sworn, and authorized by the laws of said State to take acknowledgments and proofs of deeds or conveyances, for land, tenements, or hereditaments in said State, to be recorded therein. And further, that I am well acquainted with the handwriting of such NOTARY PUBLIC and verily believe that the signature to said Certificate of proof or acknowledgment is genuine.

IN TESTIMONY WHEREOF, I hereunto set my hand as Clerk and affix the seal of the said Court, that ...29th... day of ...February........ 2012....., and in the ....236....... year of the Commonwealth.

................................................ Dep. Clerk

UNRELENTING: NEGLIGENT NAMED STATE EMPLOYEES, DAMAGES, WHO MOVED IN S GOVERNMENT OF THE STAT

THE NEGOTIABLE INSTRUM AND PROPER BY: THE LANGU THE CODE OF ALABAMA 1975 DEEMED JUST AND PROPER.

THIS IS THE FINAL DEMAND I WILL ACCEPT FOR PAYM PAYMENT MUST BE SENT W PAYMENT MUST BE DELIVE

UPON THE DELIVERY OF TH (1) THE NOTARY WILL SURF N (2) I WILL LAY NO MORE CL CASE, ON MY BEHALF, AS I

DISHONOR WILL RESULT IN ALONG WITH THE COMPLAI DEEMED PROPER AND JUST,

THE PAYMENT IS TO BE SEN REGISTERED MAIL TO: KARL LENTZ: P.O. BOX 440 LEXINGTON, VA DRAWN AS HEREBY STATED:

COMMONWEALTH OF VIRGINIA

County/City of Rockbridge
Commonwealth/State of VIRGINIA
The foregoing instrument was acknowledge
before me this 5 day of May
2011 , by
Carl Lentz
(name of person seeking acknowledgement)
.........................
Notary Public
My commission expires 12/31/2011

DC-18 (1/90)

186633

My Commission expires Dec 31, 2011

MAY 3rd, 2011

# EXHIBIT 'F'

## NOTICE
### Nature of persons
DEFENDANTS / RESPONDENTS/ STATE ACTORS /PUBLIC SERVANTS /$\Delta$s

1) *"It has long been established that the actions of state officers and agents are attributable to the state[1]"*;

2) The $\Delta$s are state actors[2];

3) The $\Delta$s are, "art and part", to the crimes found within *'JU-2001-51832'* ;

4) The $\Delta$s [3] , committed wrongful[4] acts, and/or; negligent acts, and/or; acts of omission, against I, the

   aggrieved party ;

5) These *state* actors[5] have moved their *state's "administrative hearing officers"* , throughout the

   years, in the creation of numerous *void* court orders;

6) The state actors failed to notify the proper authorities, and/or the courts, and/or the victims, of the

   wrongful, and/or; negligent acts, and/or; acts of omission being committed[6] in the name of the state;

7) The 'state actors' violated the law [Alabama[7] and federal[8]], by failing to speak, once having

   knowledge of the actual commission of a felony cognizable by a court of the United States,

   conceals and does not as soon as possible make known the same to some judge or other person in

   civil or military authority;

8) A 'state actor', commits and may be prosecuted of the crime of, "misprision of felony"[9], as it is

   generally only applied against persons placed in a special position of authority or responsibility, who

   stand idly by and are active in the concealment of a known felony ; by failing to report the illegal,

   and/or; unlawful acts;

CC

## MEMBERS OF THE LEGAL SOCIETY

9)   The initial group of (24) defendants, are members of the legal society[10]: advocates;

attorneys[11]; barristers; counselors; guardian ad litems; lawyers; public defenders[12] ;

> Canon Code Rule 3.3: Candor Toward The Tribunal; The advocate(s) is [are]
> to display *candor toward the tribunal* in that *a lawyer shall not knowingly*
> *make a false statement of fact or law to a tribunal or fail to correct a false*
> *statement of material fact or law previously made to the tribunal by the lawyer*;

(A).   Michael Nunnelly, an attorney for the 'DHR', in his:
   (1).   official capacity, and/or;
   (2).   individual capacity ;

(B).   Troy King, as an attorney, within the office of the attorney general
   (1).   official capacity, and/or;
   (2).   and individual capacity ;

(C).   Luther Strange, as an attorney, within the office of the attorney general
   (1).   official capacity, and/or;
   (2).   and individual capacity ;

(D).   Sandra Johnson: an assistant state attorney General, and, in her:
   (1).   official capacity, and/or ;
   (2).   individual capacity ;

(E).   Jonathon Schlenker: an assistant state attorney General, in his:
   (1).   official capacity, and/or;
   (2).   individual capacity ;

(F).   The Law Firm of BOYD, FERNAMBUCQ, VINCENT & DUNN, P.C.,
   (1).   Private actors are liable for their complicity and thereby deemed as 'state actors'[13] ;

(G).   Brian Huff, an attorney, in his:
   (1).   official capacity and/or;
   (2).   individual capacity;

(H). Tim Smith, an attorney, in his:
    (1). official capacity and/or;
    (2). individual capacity;

(I). Jason Bonner, an attorney, in his:
    (1). official capacity and/or;
    (2). individual capacity;

(J). Tom Conboy, an attorney from the public defenders office in his:
    (1). official capacity and/or;
    (2). individual capacity;

(K). Douglas A Dellaccio Jr from the public defenders office, in his:
    (1). official capacity and/or;
    (2). individual capacity;

(L). Mary Kaye Laumer, from the public defenders office in her:
    (1). official capacity and/or;
    (2). individual capacity;

(M). Kaye L. Cason, from the public defenders office in her:
    (1). official capacity and/or;
    (2). individual capacity;

(N). Mari Morrison:
    (1). official capacity and/or;
    (2). individual capacity;

(O). Sandra Eugene Gregory, a GAL, of the LEGAL AID SOCIETY: in her:
    (1). official capacity, and/or;
    (2). individual capacity ;;

(P). Julie Marks, a GAL, of the LEGAL AID SOCIETY: in her:
    (1). official capacity, and/or;
    (2). individual capacity ;

(Q).   Celia Lapidus Nadler, a GAL, of the LEGAL AID SOCIETY: in her:
  (1).   official capacity, and/or;
  (2).   individual capacity ;

(R).   Susan Sharpe, a GAL, of the LEGAL AID SOCIETY: in her:
  (1).   official capacity, and/or;
  (2).   individual capacity ;

(S).   Sonny Reagan (a nice man, but also complicit) a legal advisor for Gov. Bob Riley
  (1).   official capacity, and/or;
  (2).   individual capacity ;

(T).   Diane Dunning an attorney for the 'DHR', in her:
  (1).   official capacity, and/or;
  (2).   individual capacity ;

(U).   Sharon Ficquette, an attorney for the 'DHR', in her:
  (1).   official capacity, and/or;
  (2).   individual capacity ;

(V).   Jerry Carpenter, an attorney from RISK management, in his;
  (1).   official capacity, and/or;
  (2).   individual capacity ;

(W).   Cooper Shattuck, a legal advisor for the governor, in his ;
  (1).   official capacity, and/or;
  (2).   individual capacity ;

## THE DEPARTMENT OF HUMAN RESOURCES :
## OFFICIALS, and/or SUPERVISORS, and/or "MERIT" EMPLOYEES;

10)   These next twenty-five (25) Δ's represent, the DHR: officials, and/or supervisors, and/or "merit" employees;

> *A government agent is entitled to immunity **unless** his act is "so obviously wrong, in the light of pre-existing law, that only a plainly incompetent officer or one who was knowingly violating the law would have done such a thing."*
> **Lassiter v. Ala. A & M Univ.**, *28 F.3d 1146, 1149* **(11th Cir.1994)**

   (A).   Robert Bentley, 53rd Governor of Alabama, as the *chairman* of the board of the 'DHR', in his;
      (1).   official capacity, and/or;
      (2).   individual capacity;

   (B).   Bob Riley, 52nd Governor of Alabama, as the *chairman* of the board of the 'DHR', in his:
      (1).   official capacity, and/or;
      (2).   individual capacity;

   (C).   Don Seligmann, 51st Governor of Alabama, as the *chairman* of the board of the 'DHR', in his:
      (1).   official capacity, and/or;
      (2).   Individual capacity;

   (D).   Page Walley: as the Commissioner of the 'DHR' , in his:
      (1).   official capacity, and/or;
      (2).   individual capacity;

   (E).   Nancy Bruckner: as the Commissioner of the 'DHR' , in her:
      (1).   official capacity, and/or;
      (2).   individual capacity;

   (F).   Trish Muscolino; Interim Director, DHR, in her:
      (1).   official capacity, and/or;
      (2).   individual capacity;

(G).   Angela Tanveer: Asst. Director, DHR, in her:
      (1).   official capacity, and/or;
      (2).   individual capacity;

(H).   Kim Mashego: Asst. Director, DHR, in her:
      (1).   official capacity, and/or;
      (2).   individual capacity;

(I).   Barbara Galloway: Asst. Director, DHR, in her:
      (1).   official capacity, and/or;
      (2).   individual capacity;

(J).   Tenisha Felton: Supervisor, a DHR, Supervisor, in her:
      (1).   official capacity, and/or;
      (2).   individual capacity;

(K).   Deirdre March: original Caseworker, of the DHR, in her:
      (1).   official capacity, and/or;
      (2).   individual capacity;

(L).   Lisa Brown: Caseworker, DHR, in her:
      (1).   official capacity, and/or;
      (2).   individual capacity;

(M).   Anita Scott-Smith: a DHR, Supervisor, in her:
      (1).   official capacity, and/or;
      (2).   individual capacity;

(N).   Karen Bazinet: Caseworker, DHR, in her:
      (1).   official capacity, and/or;
      (2).   individual capacity;

(O).   Tracie Curry: Caseworker, DHR, in her:
      (1).   official capacity, and/or;
      (2).   individual capacity;

(P).   Terry Beasley: Caseworker, DHR, in her:
      (1).   official capacity, and/or;
      (2).   individual  capacity;

(Q).   Beth Schaefer: of the investigation division at the State Headquarters Of Alabama
     Department Of Human Resources - Montgomery, AL.  in her:
      (1).   official capacity, and/or;
      (2).   individual  capacity;

(R).   Theresa Monmo, a "DHR" supervisor, in her;
      (1).   official capacity, and/or;
      (2).   individual  capacity;

(S).   Judy Mavery, 'DHR' Supervisor, in her :
      (1).   Official capacity, and/or
      (2).   Individual capacity

(T).   Amanda Wright, 'DHR' director, in her:
      (1).   Official capacity, and/or
      (2).   Individual capacity;

(U).   Maryann Owens, a 'DHR' supervisor, in her:
      (1).   Official capacity, and/or
      (2).   individual capacity;

(V).   Carolyn Lapsley, a 'DHR' supervisor, in her:
      (1).   Official capacity, and/or
      (2).   Individual capacity

(W).   Cheryl Haladay, a 'DHR' Supervisor, in her:
      (1).   Official capacity, and/or
      (2).   Individual capacity

(X).   Terri Reid, a 'DHR' Supervisor, in her:
      (1).   Official capacity, and/or
      (2).   Individual capacity

## CIVIL ADMINISTRATIVE HEARING OFFICERS / JUDGES

11)   These next eight (8), Δ's, are civil administrative hearing officers, and/or; judges, and are, liable for damages[14]; if and/or when they violate their oaths of office and/or; ***criminal punishment*** *is available for a state judge who violates Civil Rights[15].*

      (A).   William Hereford, as a civil administrative hearing officer, in his:
          (1).   Official capacity, and/or;
          (2).   individual capacity

      (B).   William Vowell, as a civil administrative hearing officer, in his:
          (1).   Official capacity, and/or;
          (2).   individual capacity ;

      (C).   Sandra Storm, as the judge of the 'Jefferson County Family Court' in her:
          (1).   Official capacity, and/or;
          (2).   individual capacity;

      (D).   Brian Huff, as the judge of the 'Jefferson County Family Court' , in his:
          (1).   Official capacity, and/or;
          (2).   individual capacity;

      (E).   Andre Sparks, as a civil administrative hearing officer in his:
          (1).   Official capacity, and/or;
          (2).   individual capacity ;

      (F).   Bahakel, as a civil administrative  hearing officer in his/her ( I never "seen", this hearing officer but its  name is on a court order ):
          (1).   Official capacity, and/or;
          (2).   individual capacity ;

      (G).   Barclay, as a civil administrative  hearing officer in his/her( I never "seen", this hearing officer but its  name is on a court order ):
          (1).   Official capacity, and/or;
          (2).   individual capacity ;

      (H).   William Owings, as a civil administrative  hearing officer, in his:
          (1).   Official capacity, and/or;
          (2).   individual capacity ;

### AGENTS of:
### THE  OFFICE OF THE ATTORNEY GENERAL, and
### THE ALABAMA BUREAU OF INVESTIGATION;

12) These next Three (3), Δ's , refused to inform the courts , and/or the victims of their knowledge of the crimes;

      (A).  Timothy J. Firhrman, chief investigator of state of alabama's office of the attorney general in his:
            (1).  official capacity, and/or;
            (2).  individual capacity;

      (B).  Howard 'Gene' Sissons, chief investigator of state of alabama's office of the attorney general in his:
            (1).  official capacity, and/or;
            (2).  individual capacity;

      (C).  Lieutenant Sartain, of The Alabama Bureau of Investigation, in his:
            (1).  official capacity, and/or;
            (2).  individual capacity;[16]

# EXHIBIT 'F'

[1] **POINDEXTER v GREENHOW, treasurer 114 US 270, 291 (1885)** "The distinction between the government of a state and the state itself is important, The state itself is an ideal person, intangible, invisible, immutable".
**"The government is an agent**, and, within the sphere of the agency, a perfect representative; but outside of that, **it is a lawless usurpation.** The constitution of the state is the limit of the authority of its government, and Both government and state are **Subject** to the supremacy of the constitution of the United States, and of the laws made in pursuance thereof "

[2] Ex parte Virginia, 100 U.S. 339 (1880). Similarly, the acts of a state governor are state actions, Cooper v. Aaron, 358 U.S. 1, 16 - 17 (1958); Sterling v. Constantin, 287 U.S. 378, 393 (1932), as are the acts of prosecuting attorneys, Mooney v. Holohan, 294 U.S. 103, 112, 113 (1935), and law enforcement officials. Griffin v. Maryland, 378 U.S. 130 (1964); Monroe v. Pape, 365 U.S. 167 (1961); Screws v. United States, 325 U.S. 91 (1945). One need not be an employee of the State to act "under color of" state law; he may merely participate in an act with state officers. United States v. Price, 383 U.S. 787 (1966).

[3] C.J.S. 15A § 87 'Color of Law' – immunity – "The requisite state action under deprivation of rights [section 1983] can be present even if a conspirator who is a state actor is immune from the suit. See Panayotides v. Rabenold, 35. F. Supp. 2d 411, 419 (E.D. Pa. 1999) (internal citations omitted), aff'd, 210 F.3d 358 (3d Cir. 2000).
Thus a private person who conspires with state official acting under color of law may be held liable for damages for participating in a Conspiracy "regardless" of whether the state officials are themselves immune from suit as in : Kadivar v. Stone, 804 F.2d 635, 637 (11th Cir.1986)

[4] "A public official is a fiduciary toward the public... and if he deliberately conceals material information from them he is guilty of fraud..."
McNally v. U.S., 483 U.S. 350, 371-372, Quoting U.S. v Holzer, 816 F.2d. 304, 307

[5] "Fraud and deceit may arise from silence where there is a duty to speak the truth, as well as from speaking an untruth..."
Morrison v. Coddington, 662 P. 2d. 155, 135 Ariz. 480 (1983):

[6] "Fraud and deceit may arise from silence where there is a duty to speak the truth, as well as from speaking an untruth..."
Morrison v. Coddington, 662 P. 2d. 155, 135 Ariz. 480 (1983)

[7] Ala. Code 1975: 13A-2-24(3): A person shall not be legally accountable for behavior of another constituting a criminal offense if: "...Prior to the commission of the offense [S] he voluntarily terminated his [her] effort to promote or assist its commission and either gave timely and adequate warning to law enforcement authorities, or to the intended victim, or wholly deprived his complicity of its effectiveness in the commission of the offense."

[8] Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both

[9] U.S. Codes Title 18 § 4

[10] "Officers of the court have no immunity, when violating a Constitutional right, from liability. For they are deemed to know the law."~ Owen v. Independence, 100 S.C.T. 1398, 445 US 622

[11] A Private person [attorneys] acts "under color of" state law when engaged in a conspiracy with state officials to deprive another of federal rights ~ Dennis v. Sparks, 449 U.S. 24 . 919-920 (1980); Brown v. Johnston, 675 F. Supp. 287 (W.D. Pa. 1987)

[12] Public defender are not immune from liability [under 1983] for intentional misconduct by virtue of alleged conspiratorial action with state officials that deprives their client of federal rights ~ Tower v. Glover, 467 U.S. 914, 915 (1984);

[13] Dennis v Sparks (1980): Concerned the liability of private actors who conspire w/ state officials to deprive the plaintiffs of constitutional rights. To be found to act under color of state law, it is enough that the D be a willful participant in joint action w/ the state or its agents.

[14] N.B. Ex part Virginia, a judge was criminally punished for not allowing blacks on a jury, My Claim is these hearing officers allowed the state's attorneys and 'DHR', to kidnap a newborn from his mother/father from a state hospital's **maternity ward** , and for the next eight years,  I [ we, the parents ] **asked**; **requested**; **begged**; **pleaded**; **ordered** ; **demanded**, and/or **CRIED, ( while the 'state actors' LAUGHED, at us, the in the pressence of the parents, in court )** *innumerable* times to these hearing officers to "make" the state produce the contract, the hearing officers never made the state's "officers of the court" produce the contract , instead these hearing officers generated approximately thirty (30) court orders ( civil administrative tribunal hearing decisions) based upon a **contract that did not exist**, and at all times were complicit with the other 'state actors', in making a profit, by submitting false claims of federal welfare funds  ( Social Security act § 472 and US Code Title 42 §§ 671; 672,  for their "boss", *the government of the state of Alabama*'

[15] *In addressing Ex parte Virginia, 100 U.S. 339 (1880), which upheld criminal punishment of a state judge who violated the Civil Rights Act of 1875.*

[16] "*Officers of the court have no immunity, when violating a Constitutional right, from liability.  For they are deemed to know the law.*"~ Owen v. Independence, 100 S.C.T. 1398, 445 US 622

Attached is a court order, as per Deputy Attorney General, Jerry Carpenter's, "bad-faith" counter-offer, that the 'GENERAL LIABILITY TRUST FUND' , would ONLY settle the matter, when court ordered to do so…

*That being said*… here is the court order: