IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KARL RUDOLPH LENTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-cv-1014-MHT |
| | ) | |
| | ) | |
| ROBERT BENTLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the court is Plaintiff's Complaint (Doc. 1), filed on November 19, 2012. On November 28, 2012, the District Judge entered an Order (Doc. 2) referring this matter to the undersigned Magistrate Judge "for consideration and disposition or recommendation on all pretrial matters as may be appropriate." The court has reviewed Plaintiff's Complaint and has concerns about its propriety. Accordingly, it is

ORDERED that service of process in this case is STAYED. Plaintiff is instructed to refrain from submitting any other filings in this case pending the court's further review of the Complaint.

Done this 28th day of November, 2012.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE