IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KARL RUDOLPH LENTZ,            )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )       2:12cv1014-MHT
                               )            (WO)
ROBERT BENTLEY, Chief          )
Magistrate, Governor,          )
Chairman of th Department      )
of Human Resources, et al.,    )
                               )
    Defendants.                )
```

OPINION

Plaintiff filed this lawsuit charging defendants with "kidnapping." This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for lack of subject-matter jurisdiction. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of January, 2013.

                                          /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**